[No. 406-1.    Division One—Panel 2.    February 1, 1971.]

THE STATE OF WASHINGTON, *Respondent*, v. ROBERT WAYNE WILLIS, *Appellant*.

*Stanley L. Conroy* and *Richard N. Pratt*, for appellant.

*Christopher T. Bayley, Prosecuting Attorney*, and *Roy N. Howson, Deputy*, for respondent.

PER CURIAM.—Robert Willis was charged with reckless driving. His trial, without a jury, resulted in a finding of guilt.

One question is presented. In a criminal trial, without jury, may arrests for other offenses disposed of by forfeiture of bail be considered in judging a defendant's credibility? The trial judge believed that such evidence should be considered.

■ We disagree. Only *convictions* of other crimes may be considered as affecting a criminal defendant's credibility. RCW 5.60.040; RCW 10.52.030; *State v. McVeigh,* 35 Wn.2d 493, 214 P.2d 165 (1950). A decision to forfeit bail is not tantamount to an admission of guilt.

Reversed and remanded for a new trial.